**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-03664 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | ARVIND MAHENDRU |
|---|---|---|---|---|---|---|
| Case Name: | Charles R. Douglas | | | | Date Filed (f) or Converted (c): | 03/20/2012 (f) |
| | Rosemary A. Douglas | | | | 341(a) Meeting Date: | 04/25/2012 |
| For Period Ending: | 03/31/2017 | | | | Claims Bar Date: | 12/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 174,444.00 | 0.00 | OA | 0.00 | FA |
| 2. REAL PROPERTY IN STATE OF OHIO | 124,500.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 4. CITIZENS FIRST BANK 7911 | 225.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 7. CIVIL ACTION/ROSEMARY DOUGLAS VS LYNDA HARVEY WILLIAMS-PENDI | 0.00 | 0.00 | | 0.00 | 1.00 |
| 8. 2011 TR (u) | 0.00 | 2,811.00 | | 2,811.00 | FA |
| 9. 2012 Tax Refund (u) | 0.00 | 624.00 | | 2,839.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.10 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $302,469.00    $3,435.00        $5,650.10    $1.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset # 7- CIVIL ACTION/ROSEMARY DOUGLAS VS LYNDA HARVEY WILLIAMS-Pending
Asset # 8- 2011 tax refund
Asset # 9- 2012 tax refund
9/23/12- Notice of Assets
1/20/13- Notice of Abandonment of Property with 21 Day Negative Notice
1/20/13- Motion to Allow secured Claim(s) 1 by American Honda Finance Corporation
1/2013- Objection to Claim(s). Claim No. 3 of Rodd Sutton. Contains negative notice
1/29/13- Order Allowing Secured Claim and Determining Right to Distribution Regarding Claim Number 1 by American Honda Finance Corporation
2/18/13- Objection Response to Trustee's Objection to Claim No. 3 of Rodd Sutton Filed by Randy E Hillman on behalf of Creditor Rodd Sutton
3/27/13- Notice of Evidentiary Hearing on Objection by Trustee to Claim Number 3 of Rodd Sutton (related document(s)28). Hearing scheduled for 4/16/2013 at 02:15 PM at Orlando, FL
4/13/13- Withdrawal of Objection to Claim No. 3 Filed by Arvind Mahendru
4/26/13- Application to Employ Larry Shenise as Special Counsel Filed by Arvind Mahendru
4/30/13- Order Approving Application to Employ/Retain Larry D Shenise as Special Counsel
6/3/13- Motion For Contempt for Violation of Automatic Stay Filed by Larry D Shenise on behalf of Debtor Charles R. Douglas, Joint Debtor Rosemary A. Douglas
6/13/13- Notice of Preliminary Hearing on Motion by Debtors to Find Creditor Rodd Sutton and Attorneys Timothy Hanna, James Campbell, Ronald N Towne and Ann L Wehener in Contempt for Violation of Automatic Stay (related document(s)40). Hearing scheduled for 7/16/2013 at 02:00 PM at Orlando, FL
6/20/13- Memorandum in Opposition to Motion to Find Creditor Rodd Sutton and Attorneys Ronald N. Towne and Ann L. Whener in Contempt Filed by Randy E Hillman on behalf of Creditor Rodd Sutton
6/24/13- Response to Motion For Contempt for Violation of Automatic Stay Filed by Interested Parties James M Campbell, Timothy H Hanna
7/31/13- Motion For Summary Judgment Regarding Motion to Find Creditor Rodd Sutton and Attorneys Ronald N. Towne and Ann L. Wehener in Contempt for Violation of Automatic Stay Filed by Randy E Hillman on behalf of Creditor Rodd Sutton
7/9/14- counsel advises that summary judgment against us- he will appeal decision
12/18/14- special counsel has appealed case from lower court due to adverse ruling
2/2/16-Withdrawal of Notice of Abandonment
2/23/16-Application to Employ Ryan Davis as Attorney
2/24/16-Order Approving Application to Employ/Retain Ryan Davis as Attorney for Trustee
3/25/16- possible sale of vacant lot in Ohio
5/27/16-Motion to Dismiss/Withdraw Document / Revoke Notice of Intent to Abandon Property of the Estate
6/9/16-Objection to Trustee's Motion to Revoke Abandonment
3/31/17- Motion to Approve Compromise of Controversy or Settlement


Initial Projected Date of Final Report (TFR): 07/12/2014     Current Projected Date of Final Report (TFR): 07/01/2017

Trustee Signature:     /s/ ARVIND MAHENDRU        Date: 04/28/2017

ARVIND MAHENDRU
5703 Red Bug Lake Rd. #284
Winter Springs Florida, 32708
(407) 504-2462
amtrustee@gmail.com

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 12-03664 | Trustee Name: ARVIND MAHENDRU |
| Case Name: | Charles R. Douglas | Bank Name: Union Bank |
| | Rosemary A. Douglas | Account Number/CD#: XXXXXX2628 |
| | | Checking Account |
| Taxpayer ID No: | XX-XXX2278 | Blanket Bond (per case limit): $32,583,498.00 |
| For Period Ending: | 03/31/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/22/12 | | Transfer from Acct# XXXXXX4557 | Transfer of Funds | 9999-000 | $2,811.10 | | $2,811.10 |
| 04/29/13 | 9 | IRS<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | 2012 Tax Refund Check | 1224-000 | $2,839.00 | | $5,650.10 |
| 07/17/14 | 2001 | CHARLES R. DOUGLAS and Rosemary A. Douglas<br>3441 DIXON LANE<br>THE VILLAGES, FL  32162 | 2012 Tax Refund Check | 8500-002 | | $2,215.00 | $3,435.10 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $5,650.10 | $2,215.00 |
| Less: Bank Transfers/CD's | $2,811.10 | $0.00 |
| Subtotal | $2,839.00 | $2,215.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,839.00 | $2,215.00 |

|  |  |  |
|---|---:|---:|
| Page Subtotals: | $5,650.10 | $2,215.00 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-03664 | Trustee Name: | ARVIND MAHENDRU |
|---|---|---|---|
| Case Name: | Charles R. Douglas | Bank Name: | Bank of America |
| | Rosemary A. Douglas | Account Number/CD#: | XXXXXX2244 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX2278 | Blanket Bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/12 | 8 | UNITED STATES TREASURY<br>P O BOX 34668-1068<br>KANSAS CITY, MO 64116-1068 | 2011 TR | 1224-000 | $2,811.00 | | $2,811.00 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.01 | | $2,811.01 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,811.03 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,811.05 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,811.07 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,811.09 |
| 10/13/12 | INT | BANK OF AMERICA, N.A. | Interest | 1270-000 | $0.01 | | $2,811.10 |
| 10/13/12 | | Transfer to Acct# XXXXXX4557 | Transfer of Funds | 9999-000 | | $2,811.10 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $2,811.10 | $2,811.10 |
| Less: Bank Transfers/CD's | $0.00 | $2,811.10 |
| Subtotal | $2,811.10 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,811.10 | $0.00 |

Page Subtotals:　$2,811.10　$2,811.10

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-03664 | Trustee Name: | ARVIND MAHENDRU |
|---|---|---|---|
| Case Name: | Charles R. Douglas | Bank Name: | Bank of America |
|  | Rosemary A. Douglas | Account Number/CD#: | XXXXXX4557 |
|  |  |  | Checking Account |
| Taxpayer ID No: | XX-XXX2278 | Blanket Bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 03/31/2017 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/13/12 |  | Transfer from Acct# XXXXXX2244 | Transfer of Funds | 9999-000 | $2,811.10 |  | $2,811.10 |
| 10/22/12 |  | Transfer to Acct# XXXXXX2628 | Transfer of Funds | 9999-000 |  | $2,811.10 | $0.00 |

|  |  |  |
|---:|---:|---:|
| COLUMN TOTALS | $2,811.10 | $2,811.10 |
| Less: Bank Transfers/CD's | $2,811.10 | $2,811.10 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

|  |  |  |
|---:|---:|---:|
| Page Subtotals: | $2,811.10 | $2,811.10 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2244 - Money Market Account | $2,811.10 | $0.00 | $0.00 |
| XXXXXX2628 - Checking Account | $2,839.00 | $2,215.00 | $3,435.10 |
| XXXXXX4557 - Checking Account | $0.00 | $0.00 | $0.00 |
|  | $5,650.10 | $2,215.00 | $3,435.10 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,650.10 |
| Total Gross Receipts: | $5,650.10 |

Trustee Signature:   /s/ ARVIND MAHENDRU   Date: 04/28/2017

ARVIND MAHENDRU
5703 Red Bug Lake Rd. #284
Winter Springs Florida, 32708
(407) 504-2462
amtrustee@gmail.com

Page Subtotals:   $0.00   $0.00