ORDERED.

Dated: April 28, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

CHARLES R. DOUGLAS and                    Case No.: 6:12-bk-03664-CCJ
ROSEMARY A. DOUGLAS                       Chapter 7

      Debtors.
_____/

**ORDER GRANTING JOINT MOTION TO APPROVE**
**SETTLEMENT PURSUANT TO RULE 9019, FED. R. BANKR. P.**

THIS CASE came before the Court on the *Joint Motion to Approve Settlement Pursuant to Rule 9019, Fed. R. Bankr. P.,* which was filed on March 31, 2017 (the "Motion") (Doc. No. 85). The Motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to objection within 21 days plus 3 additional days for service by mail. No party filed a response within the time permitted. The Court therefore considers this matter to be unopposed. The Court, having reviewed the Motion and the terms of the compromise between the Trustee, Charles R. Douglas and Rosemary A. Douglas, and determining

that it is in the best interest of the estate, finds that the Motion should be granted. Accordingly, it is

ORDERED:

1. The Motion (Doc. No. 85) is GRANTED. The compromise entered into between the Parties, as detailed in the Motion (the "Compromise"), is approved in its entirety.

2. The parties are directed to comply with the terms of the Compromise.

3. The Court retains jurisdiction to enforce the terms and conditions of the Compromise and to resolve any disputes pertaining to the Compromise.

Ryan E. Davis is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.

Charles R. Douglas and Rosemary A. Douglas, 3441 Dixon Lane, The Villages, FL  32162
All creditors and parties of interest listed on the mailing matrix attached hereto

Copies furnished via CM/ECF to:

United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL  32801
Arvind Mahendru, Trustee, 5703 Red Bug Lake Road, Suite 284, Winter Springs, FL 32708
John J. Tripodi, Esquire, The Tripodi Law Firm, PA, 1516 E. Colonial Drive, Suite 305, Orlando, FL 32803
Larry D. Shenise, Esquire, PO Box 471, Tallmadge, OH 44278

```
Label Matrix for local noticing          James M Campbell                     Charles R. Douglas
113A-6                                    2717 Manchester Road                3441 Dixon Lane
Case 6:12-bk-03664-CCJ                    Akron, OH 44319-1020                The Villages, FL 32162-7149
Middle District of Florida
Orlando
Wed Apr 26 10:41:40 EDT 2017

Rosemary A. Douglas                       Timothy H Hanna                     Recovery Management Systems Corp.
3441 Dixon Lane                           388 South Main Street               Attn: Ramesh Singh
The Villages, FL 32162-7149               Suite 402                           25 SE Second Avenue, Ste 1120
                                          Akron, OH 44311-1045                Miami, FL 33131-1605


Rodd Sutton                               (p)AMERICAN HONDA FINANCE           American InfoSource LP as agent for -
c/o Leiby, Hanna & Rasnick                P O BOX 168088                      DIRECTV, LLC
388 S. Main St., Suite 402                IRVING TX 75016-8088                Mail Station N387
Akron, OH 44311-1045                                                          2230 E Imperial Hwy
                                                                              El Segundo, CA 90245-3504


Capital One                               Capital One Bank (USA), N.A. -      Florida Department of Revenue
P.O. Box 30285                            PO Box 71083                        Bankruptcy Unit
Salt Lake City, UT 84130-0285             Charlotte, NC  28272-1083           Post Office Box 6668
                                                                              Tallahassee FL 32314-6668


Internal Revenue Service                  James Campbell, Esq.                Larry D. Shenise, Esq.
Post Office Box 7346                      2717 Manchester Road                P.O. Box 471
Philadelphia PA 19101-7346                Akron, OH 44319-1020                Tallmadge, OH 44278-0471


Recovery Management Systems Corporation   Rodd Sutton -                       Sumter County Tax Collector
25 S.E. 2nd Avenue, Suite 1120            441 Stanford Street                 209 North Florida Street
Miami, FL 33131-1605                      Akron, OH 44314-3647                Bushnell FL 33513-6146


Timothy H. Hanna, Esq.                    Victoria Douglas                    Ryan E Davis +
388 S. Main Street                        5381 Admiral Way                    Winderweedle Haines Ward & Woodman P.A.
Suite 402                                 Oxford, FL 34484-3703               329 Park Avenue North, Second Floor
Akron, OH 44311-1045                                                          Winter Park, FL 32789-7421


United States Trustee - ORL7/13 +         Randy E Hillman +                   Leyza F Blanco +
Office of the United States Trustee       Randy Hillman, PA                   GrayRobinson PA
George C Young Federal Building           1073 Willa Springs Drive, #2029     333 SE 2nd Avenue, Suite 3200
400 West Washington Street, Suite 1100    Winter Springs, FL 32708-6625       Miami, FL 33131-2191
Orlando, FL 32801-2210


Larry D Shenise +                         John J Tripodi +                    Arvind Mahendru +
Post Office Box 471                       The Tripodi Law Firm, PA            5703 Red Bug Lake Road
Tallmadge, OH 44278-0471                  1516 E. Colonial Drive              Suite 284
                                          Suite 305                           Winter Springs, FL 32708-4969
                                          Orlando, FL 32803-4732
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corp<br>PO Box 1027<br>Alpharetta, GA 1027 | (d)American Honda Finance Corp.<br>P.O. Box 1027<br>Alpharetta, GA 30009-1027 | (d)American Honda Finance Corporation -<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)James M Campbell<br>2717 Manchester Road<br>Akron, OH 44319-1020 | (d)Timothy H Hanna<br>388 South Main Street<br>Suite 402<br>Akron, OH 44311-1045 | (u)Brian Richards |
| (u)Randi L Richards | (u)6:12-bk-03664 | (d)Larry D Shenise +<br>Post Office Box 471<br>Tallmadge, OH 44278-0471 |
| (u)Cynthia C. Jackson +<br>Orlando | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    26<br>Bypassed recipients     8<br>Total                  34 |