UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
Charles R. Douglas  
Rosemary A. Douglas  

       Debtors

_____/

Case No. 6:12-bk-03664  
Chapter 7  

Judge Cynthia C. Jackson

### DEBTORS' OBJECTION TO CLAIM NO. 3 FILED BY RODD SUTTON

Debtor, Rosemary Douglas hereby files this Objection to Claim No. 3 and shows:

1. Debtor objects to Claim No. 3 filed by Rodd Sutton.

2. Claim No. 3 was filed by Rodd Sutton in the amount of $848,430.64

3. An adversary proceeding challenging dischargeability of the claim filed by Sutton resulted in an adverse decision against Sutton, rendering the claim unsecured. due to Sutton's failure to appear and prosecute the action, even after being specifically ordered to Appear for hearing.

4. The total claim is based on an aggregate three separate claims as follows:

   a. Judgment against Rosemary Douglas in favor of Rodd Sutton in Summit County, Ohio Common Pleas Court Case No. CV 2006-08-4953.

   b. Judgment against Rosemary Douglas and Charles Douglas in favor of Rodd Sutton in Summit County, Ohio Common Pleas Court Case No. CV 2009-08-6421.

   c. Claims for Fraudulent Transfer against Rosemary Douglas and Charles Douglas in Summit County, Ohio Common Pleas Court Case No. CV 2010-04-2732

5. The judgment in Summit County, Ohio Common Pleas Court Case No. CV 2006-08-4953 was based on an interlocutory entry in which no final appealable order was ever issued.

6. The judgment in Summit County, Ohio Common Pleas Court Case No. CV 2009-08-6421 was vacated by the Court.

7. No proceedings were ever held in Summit County, Ohio Common Pleas Court Case No. CV 2010-04-2732, and no judgment was ever entered. Any claim is based solely on a fictitious number created by the creditor.

**NOTICE OF OPPORTUNITY TO OBJECT**
**AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the attached proof of service.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington, Suite 5100, Orlando, Florida 32801 and serve a copy on counsel for the Debtors, Larry D. Shenise, P.O. Box 471, Tallmadge, OH 44278, and any other appropriate persons within the time allowed.

If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

WHEREFORE, the Debtor moves that tis Court, after notice, enter its order disallowing Creditor's Claim No. 3 filed by Rodd Sutton in its entirety in the amount of $848,430.64.

Respectfully submitted.

/s/ *Larry D. Shenise*_____
Larry D. Shenise
P.O. Box 471
Tallmadge, Oh 44278
(330) 472-5622
(330 294-0044 Fax
ldshenise@sheniselaw.com

PROOF OF SERVICE

I HEREBY CERTIFY that on the 12th day of January 2018. a true and correct copy of the foregoing Objection to Creditor's Claim No. 3 was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all electronically registered parties of record.

/s/ *Larry D. Shenise*_____
Larry D. Shenise
Counsel for Debtors