**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: January 16, 2018**

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 6:12−bk−03664−CCJ
                                                                          Chapter 7

Charles R. Douglas

Rosemary A. Douglas

_____Debtor*_____/

### *ORDER ABATING OBJECTION TO CLAIM(S). CLAIM NO. 3 OF RODD SUTTON*

   THIS CASE came on for consideration, without hearing, of the Objection to Claim(s). Claim No. 3 of Rodd Sutton by Debtor , Doc. # 89 . After a review of the motion , the Court determines that the motion is deficient as follows:

☐  The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐  The motion does not include a signed and dated proof of service as required by Local Rule 9013−1.

☐  The prescribed filing fee of $ , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☑  The negative notice legend is not fully displayed on the first page as prescribed by Local Rule 2002−1 or the language used in the negative notice legend does not conform to the approved negative notice legend language as provided in Local Rule 2002−4.

☐  The motion does not specifically describe the property, including the legal description if real property, or VIN if vehicle.

☐  The Motion for Referral to Mortgage Modification Mediation does not include a complete property address.

☐  The Motion for Referral to Mortgage Modification Mediation does not include the last four digits of the mortgage loan number.

☐ The Motion for Referral to Mortgage Modification Mediation does not include the name of the mortgage creditor.

☐ The reaffirmation agreement does not include a signature of both the Debtor and Creditor.

☐ The Chapter 11 Fee Application does not include the Chapter 11 Fee Application Summary required by Local Rule 2016−1(c)(2)(i) or the summary is not placed within the application in the location required by Local Rule 2016−1(c)(2)(i).

Accordingly it is

***ORDERED:***

Consideration of the motion is abated until the deficiency is corrected.


The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.